# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| **Plaintiff-Appellee**, ) | DOCKET NO. 11-4626 |
| ) | |
| vs. ) | **APPELLANT'S AMENDED** |
| ) | **MOTION TO ACCELERATE** |
| ) | **BRIEFING SCHEDULE** |
| **WILLIAM MICHAEL BROOKS,** ) | **AND DISPOSITION** |
| **Defendant-Appellant.** ) | |
| _____ ) | |

**NOW COMES** the Appellant, William Michael Brooks, by and through counsel, and respectfully requests the appeal and disposition in this matter be accelerated, pursuant to Local Rule 12 (c). In support of this Motion, counsel presents the following:

1. This is an appeal from the Judgment in a Supervised Release Violation matter.

2. The Judgment that is being appealed in this matter was entered on June 10, 2011.

3. The Notice of Appeal in this matter was timely filed on June 14, 2011. The September schedule for oral arguments is full. Appellant request an October 2011 calendar date for oral argument; if oral argument is necessary.

4. Defendant-Appellant now requests an accelerated briefing schedule. On July 13, 2011, a request for cooperation in formulating an accelerated briefing schedule was forwarded to counsel for the Appellee and her assistant via email. Appellant is still waiting on a response.

5. On May 25, 2011, United States District Court Judge Martin Reidinger sentenced the Defendant-Appellant to seven (7) months imprisonment.

6. At the time of Sentencing, the Defendant-Appellant had served approximately five (5) weeks of imprisonment in custody.

7. Appellant-Defendant received credit for pre-hearing confinement. There is now less than five (5) months remaining on his sentence of imprisonment.

8. Counsel for Defendant-Appellant argues, without accelerating the briefing schedule of this appeal, any disposition in this matter would likely be moot, as it would be handed down after Defendant-Appellant has served his full-term of imprisonment.

9. On July 19, 2011, Counsel for Defendant-Appellant received the official transcript from the sentencing hearing held on May 25, 2011.

10. Counsel for Defendant-Appellant does not anticipate any further transcript being necessary for this appeal.

11. Counsel for Defendant-Appellant states that he would be able to comply with an Opening Brief due date set as early as August 10, 2011. Appellant sent a request to Appellee by email as to the government's position on this particular matter.

12. Counsel for the Appellee has not communicated to the undersigned whether there is an objection to the relief requested herein.

13. The undersigned agrees that Appellee's standard time period for filing a response brief will still be needed.

**THEREFORE**, for the foregoing reasons, Appellant respectfully requests this Honorable Court to order an accelerated briefing schedule and disposition in this appeal.

Respectfully submitted,

THIS: the 20th day of July, 2011.

      s/**Denzil H. Forrester**
      N.C. State Bar No. 24976
      Attorney for the Defendant
      Denzil H. Forrester, Attorney-at-Law
      3325 Washburn Avenue
      Suite 103
      Charlotte, NC 28205
      T: (704) 632-9992
      F: (704) 632-9969
      denzilfesq@aol.com

### Certificate of Service

I hereby certify that a copy of the Appellant's Motion to the Fourth Circuit has been duly served upon the U.S. Attorney's Office by serving a copy upon Counsel for Appellee via the Court's CM/ECF System:

E-Mail:   amy.ray@usdoj.gov, Charlene.McNeill@usdoj.gov

United States Attorney's Office
Attn: Amy E. Ray, AUSA
100 Otis Street, Suite 233
Asheville, NC 28801

      s/**Denzil H. Forrester**
      N.C. State Bar No. 24976
      Attorney for the Defendant
      Denzil H. Forrester, Attorney-at-Law
      3325 Washburn Avenue
      Suite 103
      Charlotte, NC 28205
      T: (704) 632-9992
      F: (704) 632-9969
      denzilfesq@aol.com